## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

LEEDS PRECISION INSTRUMENTS,
INC. AND LEEDS INSTRUMENTS,
INC.

Civil No. 10-3064 (JRT/JJK)

Plaintiffs,

**ORDER OF DISMISSAL**

v.

OLYMPUS AMERICA INC,

Defendant.

---

Andrew Luger, Erin Sindberg Porter, John Ursu, Kathleen Statler, **GREENE ESPEL PLLP**, 200 South Sixth Street, Suite 1200, Minneapolis, MN 55402; W. Michael Garner, W. **MICHAEL GARNER, P.A.**, 222 South Ninth Street, Suite 2930, Minneapolis, MN 55402, for plaintiffs.

I Jenny Winkler and Steven Wells, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402; Matthew Siembieda, Michael Banks, Rebecca Hillyer, and Timothy Katsiff, **MORGAN LEWIS & BOCKIUS LLP**, 1701 Market Street, Philadelphia, PA 19103 , for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the

Court retaining jurisdiction for forty-five days to permit any party to move or reopen the

action, for good cause shown, or to submit and file a stipulated form of final judgment, or

to seek enforcement of the settlement terms.

DATED: September 9, 2010
at Minneapolis, Minnesota.

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge