_____

| | |
|---|---|
| LEEDS PRECISION INSTRUMENTS, INC. AND LEEDS INSTRUMENTS, INC. | Civil No. 10-3064 (JRT/JJK) |
| Plaintiffs, | **ORDER** |
| v. | |
| OLYMPUS AMERICA INC, | |
| Defendant. | |

_____

Andrew Luger, Erin Sindberg Porter, John Ursu, Kathleen Statler, **GREENE ESPEL PLLP**, 200 South Sixth Street, Suite 1200, Minneapolis, MN 55402; W. Michael Garner, W. **MICHAEL GARNER, P.A**., 222 South Ninth Street, Suite 2930, Minneapolis, MN 55402, for plaintiffs.

I Jenny Winkler and Steven Wells, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402; Matthew Siembieda, Michael Banks, Rebecca Hillyer, and Timothy Katsiff, **MORGAN LEWIS & BOCKIUS LLP**, 1701 Market Street, Philadelphia, PA 19103 , for defendant.

The Court having been advised that the above action has settled, but the parties have yet to stipulate to an agreement, therefore,

**IT IS HEREBY ORDERED** that the Court shall retain jurisdiction for an additional thirty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: October 19, 2010
at Minneapolis, Minnesota.

                                                                 s/ John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                   United States District Judge